JOSEFINE ENGELHARDT, Respondent, v. DAVID M. ENGELHARDT, Appellant.— Defendant appeals from so much of a judgment of separation as directs him to pay plaintiff the sum of $600 per month for the support of plaintiff and the daughter of their marriage, and grants leave to plaintiff to apply for an increase of said sum after six months, in the event she "has not obtained a satisfactory disposition of" certain claims against defendant with respect to certain bank accounts, securities and other property. Judgment, insofar as appealed from, modified on the law by striking out the fourth ordering paragraph. As so modified, the judgment is unanimously affirmed, without costs. The findings of fact, which were before this court for consideration, are affirmed. The granting of leave to apply for an increase at a future time was not warranted. Present — Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

■

THEODORE HEOS, an Infant, by PETER HEOS, His Guardian ad Litem, et al., Appellants, v. IRVING LADNER, Doing Business as HIGHWAY AUTO RENTING COMPANY, Respondent, et al., Defendants.— Appeal by plaintiffs from an order referring respondent's motion to vacate a judgment against him entered December 7, 1936, and the body execution issued thereunder in favor of Peter Heos, to an Official Referee to hear and determine, and from an order denying the motion of his administratrix to resettle the aforesaid order so as to recite all the papers used on the original motion and to change the relief granted in an insubstantial particular. Appeal by plaintiff Theodore Heos from the orders dismissed, without costs. That plaintiff is not a party to the present applications. As to the other appellant, orders affirmed, with one bill of $10 costs and disbursements. The question of the power of the Special Term to refer the motion to an Official Referee to hear and determine was withdrawn on the argument of the appeal. There is no error in the orders in other respects. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur. [See post, p. 740; 283 App. Div. 670.]